February 20, 2020

Office of Inspector General
Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530

Toni L. Corker
53163-019
F-4 Unit
P.O.Box 1027
Coleman FL, 33521

1:20-CV-0943

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 28 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Re: Violation of Inmate's Privacy by the DOJ and BOP

Dear Sir:

   It has come to my attention that the DOJ, in conjunction with the BOP has provided information about my prior case to inmates here in what appears to be an effort to assist them in their long term sentence.

The inmates involved have not only shared my information with other inmates, they have been recruiting them. They have actually exploited this information on social media.

The information provide to these inmates is my discovery and my PSI. I am fully aware that this PSI is confidential information and inmates are forbidden from having it in their possession because of the confidentality factor. I stated that my PSI had been compromised to SIS. Which he stated its public knowledge basically saying there is nothing more he could do about that situation.

Fas as the discovery information I am also aware of informants working on new cases to get the extensive time reduce but when you are trying to recruit others and exploit the information to gain crediblity this bring great concern to me.

I am pursing administrative remedies as well as informing your office. I believe there has been unethical misconduct from both departments DOJ and BOP.

Therefore, I am requesting the office of Inspector General to investigate the reckless sharing of my confidential information by government agents, in conjunction with BOP staff sharing of the PSI.

Sharing my information with the inmates have certainly violated my rights to privacy and safety.

Please let me know if I can provide further information and any exhibits, dates, numbers and names.

Sincerely

*Toni L Corker*

Toni L. Corker
53163-019